IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EVERLINE BRISTER,

           Plaintiff,

   v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

           Defendant.

Case No. 3:12-cv-00726-JE

ORDER

Merrill Schneider
SCHNEIDER KERR LAW OFFICES
PO Box 14490
Portland, OR 97293

    Attorney for Plaintiff

Adrian L. Brown
U.S. ATTORNEY'S OFFICE
District of Oregon
1000 S.W. Third Ave., Ste. 600
Portland, OR 97204

Daphne Banay
SOCIAL SECURITY ADMINISTRATION
701 Fifth Avenue
Suite #2900 M/S 901
Seattle, WA 98104-7075

1 - ORDER

Attorneys for Defendants

HERNANDEZ, District Judge:

Magistrate Judge John Jelderks issued a Findings and Recommendation (#17) on May 2, 2013, recommending that the final decision by the Social Security Commissioner (the "Commissioner") denying Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income be reversed and that this case be remanded for further proceedings. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and rule 72(b) of the Federal Rules of Civil Procedure.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record de novo. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles de novo, I find no error.

## CONCLUSION

The Court ADOPTS the Magistrate Judge's Findings and Recommendation (#17). Accordingly, the Commissioner's final decision is reversed and this case is remanded for further proceedings.

IT IS SO ORDERED.

DATED this 27 day of May, 2013.

MARCO A. HERNANDEZ
United States District Judge

2 - ORDER