Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EVERLINE BRISTER,<br>       Plaintiff,<br><br>    v.<br>CAROLYN COLVIN,<br>   Commissioner of Social Security,<br>       Defendant. | 3:12-cv-00726-JE<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $8,653.42 pursuant to 42 U.S.C. § 406(b). The attorney fee of $4,988.45 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this  28th  day of  June , 2016.


      /s/ John Jelderks
    John Jelderks
    United States Magistrate Judge